SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
  jstigi@sheppardmullin.com
POLLY TOWILL, Cal. Bar No. 120420
  ptowill@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  (310) 228-3700
Facsimile:  (310) 228-3701

Attorneys for Defendants
BofI Holding, Inc. and Gregory Garrabrants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BofI HOLDING, INC. SECURITIES LITIGATION | Case No. 3:15-CV-02324-GPC-KSC<br><br>CLASS ACTION<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL AND REPLACEMENT OF DOCUMENT TO CORRECT TECHNICAL ERROR CAUSED BY AUTO-NUMBERING FUNCTION [DKT. #69]**<br><br>Hon. Gonzalo Paul Curiel<br>Courtroom 2D (2nd Floor - Schwartz)<br><br>Magistrate Judge Karen S. Crawford<br>Suite 1010 (10th Floor - Annex)<br><br>Trial Date:          None Set |

SMRH:479506605.1

Case No. 3:15-CV-02324-GPC-KSC
DEFENDANTS' NOTICE OF WITHDRAWAL AND REPLACEMENT OF DOCUMENT TO CORRECT TECHNICAL ERROR CAUSED BY AUTO-NUMBERING FUNCTION

TO THE COURT, THE PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants BofI Holding, Inc. and Gregory Garrabrants ("Defendants") hereby withdraw and replace their Answer (Dkt. # 69) to Plaintiff Houston Municipal Employees Pension System's Consolidated Amended Class Action Complaint ("CAC") with a corrected version due to a technical error in certain embedded auto-number functions that caused an inaccuracy in Defendants' responses to certain allegations in the CAC.

Specifically, upon converting the Word document version of the Answer to .pdf for electronic filing, the auto-numbering functions "updated" causing Defendants' responses to certain paragraphs to not line-up appropriately.  This error affected the following paragraphs in Defendants' Answer to the CAC:  2, 4, 8, 10, 12, 13, 14, 18, 23, 31, 32, 36, 37, 38, 46, 100, 111, 112, 123, 149, 152, 165, 176, 181, 196, 217, 219, 225, 245, 253, 259, 261, 266, 272, 274, 280, 286, 288, 292, 294, 306, 312, 315, 319, 325, 327, 331, 337, 339, 343, 345, 349, 351, 359, 362, 369, 374, 384, 386, 388, 390, 407, 408, 409, 410, 411, 413, 415, 417, 418, 419, 420, 425, 427, 428, 434, 435, 436, 437, 438, 439, 440, 442, 444.

In conjunction with this Notice of Withdrawal and Replacement of Document, Defendants will immediately refile a corrected version of their Answer.

Dated:  October 17, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      *s/John P. Stigi III*
         JOHN P. STIGI III

Attorneys for Defendants
BofI HOLDING, INC. and
GREGORY GARRABRANTS
Email:  jstigi@sheppardmullin.com