| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | JOHN P. STIGI III, Cal. Bar No. 208342 |
| 3 |   jstigi@sheppardmullin.com |
| | POLLY TOWILL, Cal. Bar No. 120420 |
| 4 |   ptowill@sheppardmullin.com |
| | 1901 Avenue of the Stars, Suite 1600 |
| 5 | Los Angeles, California 90067-6055 |
| | Telephone:   (310) 228-3700 |
| 6 | Facsimile:   (310) 228-3701 |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ALEJANDRO E. MORENO, Cal. Bar No. 256802
  amoreno@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   (619) 338-6500
Facsimile:   (619) 234-3815

Attorneys for Defendants
BOFI HOLDING, INC., GREGORY GARRABRANTS, ANDREW J. MICHELETTI, PAUL J. GRINBERG, NICHOLAS A. MOSICH and JAMES S. ARGALAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BofI HOLDING, INC. SECURITIES LITIGATION. | Case No. 3:15-CV-02324-GPC-KSC<br><br><u>CLASS ACTION</u><br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   February 24, 2017<br>Time:   1:30 p.m.<br><br>Hon. Gonzalo Paul Curiel<br>Courtroom 2D (2nd Floor - Schwartz) |

SMRH:480278748.1

Case No. 3:15-CV-02324-GPC-KSC
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT on February 24, 2017, at 1:30 p.m., in Courtroom 2D of the above-captioned Court, located at 221 West Broadway, San Diego, California 92101, defendants will and hereby do move this Court pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, for an order dismissing plaintiff's Second Amended Class Action Complaint, including the claims asserted against defendants Andrew J. Micheletti, Paul J. Grinberg, Nicholas A. Mosich and James S. Argalas, with prejudice.

The Motion is based upon this Notice and Motion; the accompanying Memorandum of Points and Authorities and the Request for Judicial Notice (and the Exhibits thereto) in support thereof; all pleadings, papers and other materials in the Court's file for this action; any other matters of which this Court may or must take judicial notice; and any evidence or oral argument offered at the hearing on this Motion.

Dated: December 23, 2016       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       *s/John P. Stigi III*
         JOHN P. STIGI III

         Attorneys for Defendants
         Email: jstigi@sheppardmullin.com

SMRH:480278748.1                        -1-                    Case No. 3:15-CV-02324-GPC-KSC
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S
SECOND AMENDED CLASS ACTION COMPLAINT