UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 3:15-CV-02324-GPC-KSC |
| BofI HOLDING, INC. SECURITIES LITIGATION. | CLASS ACTION |
| | **ORDER SETTING BRIEFING SCHEDULE** |

On December 23, 2016 Defendants BofI Holding, Inc. ("BofI") et al. filed a motion to dismiss Plaintiff's Second Amended Class Action Complaint.  Dkt. No. 88. Accordingly, **IT IS HEREBY ORDERED THAT** any response to the motion shall be filed on or before **February 3, 2017.**  Any reply shall be filed on or before **February 17, 2017.**  A hearing is set for **March 3, 2017, at 1:30 p.m. in Courtroom 2D.**

    **IT IS SO ORDERED.**

Dated:  January 3, 2017

_____
Hon. Gonzalo P. Curiel
United States District Judge