UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BofI HOLDING, INC. SECURITIES LITIGATION | Case No.: 15-cv-2324-GPC-KSC<br><br>**ORDER REGARDING DISCOVERY DISPUTES** |

The parties have raised several disputes concerning the appropriate search terms and ESI custodians to capture documents and information responsive to plaintiffs' First Set of Requests for Production ("RFPs"), and regarding the scope of privilege and the contents of any privilege log for documents related to internal investigations. The parties conferenced with the Court's staff regarding these disputes on April 22, 2021, and lodged their respective search term and custodian proposals with chambers. The Court heard argument from the parties on these issues on April 30, 2021.[1]  Having reviewed the materials submitted and considered the arguments of counsel, and for the reasons stated during the April 30, 2021 hearing, the Court **HEREBY ORDERS** as follows:

---

[1] The telephonic hearing was recorded.

**ESI Custodians.**  The parties have agreed on 20 document custodians, and plaintiffs seek documents from an additional 19 custodians, including BofI's General Counsel, Eshel Bar-Adon.  Defendants represent that they are investigating whether custodial documents exist for all 19 custodians in dispute.  For the reasons discussed at the hearing, the Court **GRANTS IN PART AND DENIES IN PART** plaintiffs' request for additional custodians.  Plaintiffs shall select an additional 10 custodians and shall inform defendants of their selection by the close of business on *<u>May 3, 2021</u>*.  Plaintiffs' list shall not include Mr. Bar-Adon.  Defendants shall identify for plaintiffs as soon as possible any custodians for whom custodial documents no longer exist.  If defendant lacks custodial documents for any of plaintiffs' selected 10 additional custodians, plaintiff can select another custodian.

**Search Terms.**  The parties presented competing search term proposals for documents responsive to plaintiffs' RFPs Nos. 5, 6, 9, 10, 12, 13-15, 18-21, 24, 35 and 38.[2]  The Court provided guidance to the parties during the hearing about the appropriate scope of any search for ESI responsive to these RFPs.  With this guidance in mind, the parties are ordered to further meet and confer in a good faith effort to come to agreement on search terms.  If the parties cannot come to an agreement despite their best efforts, they shall file a joint motion for resolution of their dispute pursuant to the undersigned's Chambers' Rules setting forth their respective final proposed search terms ***<u>no later than May 7, 2021</u>***.  The joint submission shall not exceed 7 total pages.  If necessary, the parties' respective proposals for each category of search terms (as described in the materials previously submitted to the Court) may be attached as exhibits.  The Court will select the proposal(s), or combination of proposals, it considers the most reasonable and appropriate.

**Privilege Issues.**  The parties also raised a dispute regarding whether defendants should search for documents related to internal investigations of wrongdoing at BofI (RFP No. 3), and if so, whether those documents must be logged on a privilege log.  The Court

---

[2] The parties represented during the hearing that their dispute as to search terms for RFPs No. 16, 17, 22 and 23 has been resolved.

finds that additional briefing is necessary for resolution of this dispute. **_On or before May 7, 2021_**, plaintiffs and defendants shall each file a brief of no more than 10 pages addressing these issues: (1) whether all documents and communications regarding any internal investigations are privileged and/or subject to work product protection, including communications with in-house counsel, communications with outside counsel, and those communications not involving counsel; (2) whether all responsive documents and communications must be logged on a privilege log; and (3) any concerns regarding burden or proportionality, and any proposals for mitigating such concerns.

**Other Matters.**  The parties represented that they have reached an agreement as to a previously-raised dispute regarding documents subject to the Bank Examination Privilege.  The parties shall file their stipulation regarding these documents for the Court's approval no later than the close of business on **_May 3, 2021_**.

The Court will hold a telephonic Discovery Conference on **_May 11, 2021 at 10:00 a.m._**  The parties shall advise the Court in advance of the Discovery Conference and in accordance with the undersigned's Chambers' Rules of any discovery issues to be addressed.

**IT IS SO ORDERED.**

Dated:  April 30, 2021

Hon. Karen S. Crawford
United States Magistrate Judge