UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re B of I HOLDING, INC. SECURITIES LITIGATION | Case No.:  15-cv-2324-GPC-KSC<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCE** |

A discovery conference was held in this matter on November 19, 2021.  Having heard from counsel for the parties regarding several discovery issues, the Court hereby **ORDERS** as follows:

**Bank Examination Privileged ("BEP") Documents.**  Plaintiff seeks to compel defendants to produce documents that the Bank asserts are protected by the BEP on two bases: (1) that the documents are not privileged and (2) that there is good cause to waive the privilege.  As discussed during the conference, it appears to the Court that these are separate issues, the first being a motion to compel and the second a request for judicial review of the Office of the Comptroller of the Currency's ("OCC") November 2, 2021 final agency decision regarding waiver.  On or before *December 3, 2021*, the parties are to submit a joint motion as to each issue.  The Motion to Compel shall not exceed 20 pages (10 pages per side).  The Request for Judicial Review shall not exceed 16 pages (8 pages per side).  The parties are cautioned to submit only those exhibits that are necessary to the resolution of each dispute.  Counsel for plaintiff shall serve a copy of this Order on the

Office of the Comptroller of the Currency ("OCC").  The OCC may, if it so chooses, submit a brief of no more than 6 pages stating its position on the Request for Judicial Review, on or before *December 3, 2021*.

**Documents Responsive to Plaintiff's RFPs 68, 69, 70 and 71**. Defendants report they are in the process of reviewing approximately 4,000 documents that were captured by plaintiff's proposed search terms. Defendants must begin a rolling production of responsive documents as early as possible, but in no event later than *November 22, 2021*, and must complete their production by *November 24, 2021*.

**Miscellaneous Discovery Disputes**.  The parties also report they are continuing to meet and confer regarding miscellaneous discovery disputes, including, inter alia, disputes regarding deposition subpoenas, document redactions, privilege logs, and defendants' alleged failure to produce instant messages.  The parties are ordered to continue to meet and confer in good faith.  As to any dispute not resolved by further meeting and conferring, the parties must file a *single* joint motion no later than *December 10, 2021*.  The joint motion must not exceed 20 pages (10 pages per side).  In setting this deadline, the Court makes no finding as to the timeliness of any discovery dispute.  However, any dispute not raised on or before the filing deadline will be deemed waived.

Any questions regarding this Order may be directed to the Court's staff at (619) 446-3964.

**IT IS SO ORDERED**.

Dated:  November 22, 2021

Hon. Karen S. Crawford
United States Magistrate Judge