UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re B of I HOLDING, INC. SECURITIES LITIGATION | Case No.:  15-cv-2324-GPC-KSC<br><br>**ORDER REQUIRING SUBMISSION OF DOCUMENTS FOR IN CAMERA REVIEW** |

    The parties have recently filed two joint discovery motions related to defendants' assertion of the bank examination privilege on behalf of the Office of the Comptroller of the Currency ("OCC").  *See* Doc. Nos. 300, 301.  Plaintiffs dispute the assertion of privilege, and alternatively assert that there is good cause to waive the privilege.  *See generally id.*  The Court finds that an *in camera* review of a sampling of the contested documents will assist the Court in resolving the parties' dispute.  Accordingly, it is hereby **ORDERED** that:

1. ***No later than 5:00 p.m. on December 28, 2021***, Defendants shall lodge with the Court by email (efile_Crawford@casd.uscourts.gov) the 40 exemplar documents the parties provided to OCC for assessment of the bank examination privilege (*see* Doc. No. 300 at 21).  Each document shall bear a cover sheet indicating whether the document was withheld from production in its entirety or produced with redactions.  If redacted, defendants' redactions shall be

    indicated by highlighting on the document.  The documents shall bear the same Bates or control numbers as provided to OCC.

2. Defendants' counsel shall also provide the Court with courtesy copies of all exemplars provided to the OCC and lodged with the Court pursuant to paragraph 1 above, following the instructions previously issued regarding courtesy copies.  Counsel shall ensure that the courtesy copies are delivered to the Court **_by December 30, 2021_**.

3. Also **_by 5:00 p.m. on December 28, 2021_**, defendants shall lodge with the Court a document setting forth: (1) the <u>total number of documents</u> over which defendants have asserted the bank examination privilege; (2) the number of documents <u>withheld in their entirety</u> on the basis of the bank examination privilege, and, of that number, how many have been produced to plaintiff "in other non-privileged contexts" (*see* Doc. No. 300 at 13); and (3) the number of documents <u>redacted</u> on the basis of the bank examination privilege, and, of that number, how many have been produced to plaintiff "in other non-privileged contexts" (*see id.*).

Any questions regarding this Order may be directed to the Court's staff at (619) 446-3964.

**IT IS SO ORDERED**.

Dated:  December 21, 2021

                                              Hon. Karen S. Crawford
                                              United States Magistrate Judge