UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re B of I HOLDING, INC. SECURITIES LITIGATION | Case No.: 15-cv-2324-GPC-KSC<br><br>**ORDER REGARDING DISCOVERY DISPUTES** |

Before the Court are discovery disputes concerning plaintiff's Sixth, Seventh, and Eighth Sets of Requests for Production ("RFPs") to defendants, which the parties raised with the Court on December 7, 2021 in accordance with the Court's order that all remaining discovery disputes concerning written discovery be raised by December 10, 2021. Doc. No. 293. The parties appeared in chambers for an in-person meet and confer session on December 20, 2021, during which the Court heard from the parties and gave them preliminary guidance on the disputes. *See* Doc. No. 327. At the conclusion of the December 20, 2021 conference, the Court ordered the parties to return for further meet and confer on January 7, 2022. *See id*. On January 5, 2022, the parties advised the Court that after continued meet and confer efforts, they had narrowed the outstanding disputes, which comprised six broad categories, and that they had exhausted their meet and confer efforts

///

with respect to these remaining disputes.[1] The Court construed the parties' dispute as a Motion to Compel further responses to the disputed RFPs and held argument on the motion on January 7, 2022. The Court then delivered an oral ruling on the Motion to Compel on January 13, 2022. This Order follows.

## ORDER

Having reviewed the disputed discovery and considered the parties' arguments, and for the reasons stated during the January 13, 2022 hearing, the Court hereby **ORDERS** that:

1. Plaintiff's Motion to Compel production of loan files for six types of loans in response to RFPs No. 76, 78, 80, 84, 86 and 87 is **DENIED.**

2. Plaintiff's Motion to Compel production of personnel files for the Confidential Witnesses in response to Request for Production No. 90 is **DENIED**.

3. Plaintiff's Motion to Compel production of transcripts of depositions taken in other litigation involving BofI or its officers in response to Request for Production No. 91 is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's request for an order compelling defendants to produce the transcript of the deposition of Charles Matthew Erhart ("Erhart"), taken in *BofI Federal Bank v. Sofia Cornell*, No. 37-2016-00016599-CU-NP-CTL (Cal. Super. Ct.) is **GRANTED**. Defendants must produce the transcript to plaintiff ***within 10 days of the date of this Order***. Plaintiff's request for an order compelling production of the depositions of Erhart, Gregory Garrabrants and Daniel Crescitelli, taken in *Gregory Garrabrants v. Charles Matthew Erhart,* No. 37-2017-00039440-CU-NP-CTL (Cal. Super. Ct.), is **DENIED**.

4. Plaintiff's Motion to Compel a response to Interrogatory No. 18 is **DENIED**.

---

[1] On January 12, 2022, the parties advised the Court that they had resolved their dispute regarding plaintiff's Request for Production No. 99 and Interrogatory No. 16 without further assistance from the Court.

5. The parties represent that they have agreed that the Court's reasoning in resolving the pending motions regarding plaintiff's subpoenas to third parties [Doc. Nos. 305, 318] will extend to their disputes concerning plaintiff's responses to Request for Production Nos. 89, 92, 93, 94, 95 and 96. The Court will not interfere with the parties' agreement. The parties are directed to the Court's rulings on those motions for guidance.

**IT IS SO ORDERED**.

Dated: January 13, 2022

Hon. Karen S. Crawford
United States Magistrate Judge