UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM, et al.,<br><br>Plaintiff,<br><br>v.<br><br>BofI HOLDING, INC.<br><br>Defendant. | Case No.: 15-cv-2324-GPC-KSC<br><br>**ORDER:**<br><br>**(1) VACATING PRETRIAL DEADLINES, SCHEDULING ORDERS, AND MOTION HEARINGS; and**<br><br>**(2) SETTING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[ECF No. 365]** |

Before the Court is Plaintiff's Notice of Settlement, in which Plaintiff has informed the Court that the Parties have reached an agreement in principle to settle all claims in this action. ECF No. 365.

Accordingly, the Court hereby **VACATES** all current pretrial deadlines, scheduling orders, and motion hearings in this case.

1

15-cv-2324-GPC-KSC

The Court hereby sets the following deadlines and briefing schedule on Plaintiff's forthcoming motion for preliminary approval of class action settlement: Plaintiff shall file its motion for preliminary approval of class action settlement on or before **April 1, 2022**. Any opposition to the motion shall be filed on or before **April 22, 2022**. Any reply in support of the motion shall be filed on or before **April 29, 2022**. A hearing on the motion for preliminary approval of class action settlement is scheduled for **Friday, May 20, 2022 at 1:30 p.m. in Courtroom 2D**.

**IT IS SO ORDERED.**

Dated: February 24, 2022

Hon. Gonzalo P. Curiel
United States District Judge