1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

IN RE:                                    Case No. 3:15-cv-02324-GPC-KSC
11
                                          **ORDER:**
BofI HOLDING, INC. SECURITIES
12   LITIGATION.                           **(1) GRANTING JOINT MOTION
                                          FOR EXTENSION OF TIME TO
13                                        FILE MOTION FOR
                                          PRELIMINARY APPROVAL OF
14                                        CLASS ACTION SETTLEMENT;
                                          AND**
15
                                          **(2) RE-SETTING HEARING DATE
16                                        ON MOTION FOR PRELIMINARY
                                          APPROVAL OF CLASS ACTION
17                                        SETTLEMENT**

18                                        **[ECF No. 367]**

19

20   / /

21   / /

22   / /

23   / /

24   / /

25   / /

26   / /

27   / /

28

1    Before the Court is the parties' Joint Motion for Extension of Time for

2  Plaintiff to File Motion for Preliminary Approval of Class Action Settlement.  ECF

3  No. 367.  Good cause having been shown, the motion for an extension of time is

4  GRANTED.  Plaintiff shall file its motion for preliminary approval of class action

5  settlement on or before **April 15, 2022**. Any opposition to the motion shall be filed

6  on or before **April 29, 2022**. Any reply in support of the motion shall be filed on or

7  before **May 6, 2022**.

8    Further, the Court hereby ORDERS that the hearing on Plaintiff's

9  forthcoming Motion for Preliminary Approval be <u>re-set</u> for **Friday, June 3, 2022**

10 **at 1:30 p.m. in Courtroom 2D**.

11    **IT IS SO ORDERED.**

12 Dated:  April 1, 2022

13                          Hon. Gonzalo P. Curiel
14                          United States District Judge