Richard M. Heimann (Cal. Bar No. 063607)
rheimann@lchb.com
Katherine Lubin Benson (Cal. Bar No. 259826)
kbenson@lchb.com
Michael K. Sheen (Cal. Bar No. 288284)
msheen@lchb.com
Nicholas R. Hartmann (Cal. Bar No. 301049)
nhartmann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Daniel P. Chiplock (admitted *pro hac vice*)
dchiplock@lchb.com
Michael J. Miarmi (admitted *pro hac vice*)
mmiarmi@lchb.com
Gabriel Panek (admitted *pro hac vice*)
gpanek@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Counsel for Lead Plaintiff Houston Municipal Employees Pension System and Class Counsel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BofI HOLDING, INC. SECURITIES LITIGATION. | Case No. 3:15-cv-02324-GPC-KSC<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Gonzalo Paul Curiel<br>Courtroom 2D (2nd Floor–Annex)<br><br>Date: June 3, 2022<br>Time: 1:30 p.m. |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | NOTICE IS HEREBY GIVEN that on June 3, 2022, at 1:30 p.m. in |
| 3 | Courtroom 2D of the above-entitled Court, located at 221 West Broadway, Suite |
| 4 | 2190, San Diego, California, 92101, Lead Plaintiff Houston Municipal Employees |
| 5 | Pension System will move this Court, pursuant to Federal Rule of Civil Procedure |
| 6 | 23(e), for an Order (1) granting preliminary approval of the class action Settlement, |
| 7 | (2) appointing JND Legal Administration to serve as Settlement Administrator, (3) |
| 8 | approving the proposed Notice program, including the form and content of the |
| 9 | proposed Notice documents and the claims process set forth in the Declaration of |
| 10 | Luiggy Segura and the proposed Order Preliminarily Approving Settlement, and (4) |
| 11 | entering a scheduling order setting the Settlement Hearing and other necessary |
| 12 | dates. |
| 13 | This Motion is supported by the accompanying memorandum of points and |
| 14 | authorities, the Stipulation of Settlement (and attached exhibits), the Declaration of |
| 15 | Katherine Lubin Benson, the Declaration of Luggy Segura (and attached exhibits), |
| 16 | the Declaration of Seven P. Feinstein, Ph.D, CFA, arguments of counsel, and any |
| 17 | other matters properly before the Court. |

| | | |
|---|---|---|
| 1 | Dated: April 15, 2022 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |

By: *s/ Katherine Lubin Benson*
    Katherine Lubin Benson

Richard M. Heimann (Cal. Bar No. 063607)
*rheimann@lchb.com*
Katherine Lubin Benson (Cal. Bar No. 259826)
*klubin@lchb.com*
Michael K. Sheen (Cal. Bar No. 288284)
*msheen@lchb.com*
Nicholas R. Hartmann (Cal. Bar No. 301049)
*nhartmann@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Daniel P. Chiplock (admitted *pro hac vice*)
*dchiplock@lchb.com*
Michael J. Miarmi (admitted *pro hac vice*)
*mmiarmi@lchb.com*
Gabriel Panek (admitted *pro hac vice*)
*gpanek@lchb.com*
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Counsel for Lead Plaintiff Houston Municipal Employees Pension System and Class Counsel*