UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BofI HOLDING, INC.<br>SECURITIES LITIGATION | Case No.: 15-CV-2324-GPC-KSC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[ECF No. 370]** |

Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement. ECF No. 370. The briefing schedule on the motion remains the same as set forth in the Court's April 1, 2022 Order (ECF No. 369): Any opposition shall be filed on or before **April 29, 2022**. Any reply shall be filed on or before **May 6, 2022**. A hearing on this matter is scheduled for **Friday, June 3, 2022 at 1:30 PM in Courtroom 2D**.

**IT IS SO ORDERED.**

Dated:  April 18, 2022

Hon. Gonzalo P. Curiel
United States District Judge