UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BofI HOLDING, INC. SECURITIES LITIGATION. | Case No.: 3:15-cv-02324-GPC-KSC<br><br>**ORDER APPROVING AMENDED NOTICE AND SUMMARY NOTICE OF: (I) PROPOSED CLASS ACTION SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND LEAD PLAINTIFF'S SERVICE AWARD** |

On June 8, 2022, the Court issued an Order: (1) conditionally approving the Proposed Notice Form, subject to revisions consistent with the Court's instructions, and the Proof of Claim Form; (2) approving Plaintiff's plan of allocation; and (3) granting preliminary approval of class action settlement. ECF No. 378. In the Order, the Court directed Plaintiff to re-submit an amended Proposed Notice Form to clarify the deductions from the Settlement Amount for all attorneys' fees, litigation expenses, and costs for Claims Administration. *See id*. at 20. On June 9, 2022, Plaintiff filed an Amended Notice and an Amended Summary Notice, which incorporate the revisions as directed by the Court. ECF No. 379. The Court hereby

ORDERS that the Amended Notice and Amended Summary Notice are approved, and Plaintiff is directed to proceed with providing notice to potential Settlement Class Members, as described in the Court's June 8 Order.

**IT IS SO ORDERED.**

Dated: June 14, 2022

Hon. Gonzalo P. Curiel
United States District Judge