Richard M. Heimann (Cal. Bar No. 063607)
rheimann@lchb.com
Katherine Lubin Benson (Cal. Bar No. 259826)
kbenson@lchb.com
Michael K. Sheen (Cal. Bar No. 288284)
msheen@lchb.com
Nicholas R. Hartmann (Cal. Bar No. 301049)
nhartmann@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Daniel P. Chiplock (admitted *pro hac vice*)
dchiplock@lchb.com
Michael J. Miarmi (admitted *pro hac vice*)
mmiarmi@lchb.com
Gabriel Panek (admitted *pro hac vice*)
gpanek@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Counsel for Lead Plaintiff Houston Municipal Employees Pension System and Class Counsel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BofI HOLDING, INC. SECURITIES LITIGATION. | Case No. 3:15-cv-02324-GPC-KSC<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARD**<br><br>Hon. Gonzalo Paul Curiel<br>Courtroom 2D (2nd Floor–Annex)<br><br>Date: October 7, 2022<br>Time: 1:30 p.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on October 7, 2022, at 1:30 p.m. in Courtroom 2D of the above-entitled Court, located at 221 West Broadway, San Diego, California, 92101, Lead Plaintiff and Class Representative Houston Municipal Employees Pension System will move this Court, pursuant to Federal Rule of Civil Procedure 23 and 15 U.S.C. § 78u-4, for an Order (1) awarding Class Counsel $3,525,000 in reasonable attorney's fees, (2) awarding Class Counsel $1,258,225.85 for reimbursement of reasonably incurred litigation expenses, and (3) awarding the Lead Plaintiff and Class Representative a reasonable service award of $15,000.

This Motion is supported by the accompanying memorandum of points and authorities; the accompanying Declaration of Daniel P. Chiplock in Support of Motion for Attorneys' Fees and Expenses, and Class Representative Service Award; the accompanying Declaration of Erin Perales in Support of Service Award to Houston Municipal Employees Pension System (attached as Exhibit 5 to the Chiplock Declaration); the Declaration of Katherine Lubin Benson in Support of Motion for Preliminary Approval of Class Action Settlement (ECF No. 370-2); and any other matters properly before the Court.

| | | |
|---|---|---|
| 1 | Dated: July 25, 2022 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | | |
| 3 | | By: *s/ Daniel P. Chiplock* |
| 4 | | Daniel P. Chiplock |
| 5 | | Richard M. Heimann (Cal. Bar No. 063607) |
| | | rheimann@lchb.com |
| 6 | | Katherine Lubin Benson (Cal. Bar No. 259826) |
| | | klubin@lchb.com |
| 7 | | Michael K. Sheen (Cal. Bar No. 288284) |
| | | msheen@lchb.com |
| 8 | | Nicholas R. Hartmann (Cal. Bar No. 301049) |
| | | nhartmann@lchb.com |
| 9 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-3339 |
| 10 | | Telephone: (415) 956-1000 |
| | | Facsimile: (415) 956-1008 |
| 11 | | |
| 12 | | Daniel P. Chiplock (admitted *pro hac vice*) |
| | | dchiplock@lchb.com |
| 13 | | Michael J. Miarmi (admitted *pro hac vice*) |
| | | mmiarmi@lchb.com |
| 14 | | Gabriel Panek (admitted *pro hac vice*) |
| | | gpanek@lchb.com |
| 15 | | 250 Hudson Street, 8th Floor |
| | | New York, NY 10013-1413 |
| 16 | | Telephone: (212) 355-9500 |
| | | Facsimile: (212) 355-9592 |
| 17 | | |
| | | *Counsel for Lead Plaintiff Houston Municipal* |
| 18 | | *Employees Pension System and Class Counsel* |