UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In RE: BofI HOLDING, INC. SECURITIES LITIGATION., | Case No.: 15-cv-2324-GPC-KSC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND REPRESENTATIVE SERVICE AWARD**<br><br>**[ECF No. 383]** |
|---|---|

Before the Court is Plaintiff's Motion for Attorneys' Fees and Representative Service Award. ECF No. 383. The Court will set the following briefing schedule: Any opposition shall be filed on or before August 26, 2022. Any reply shall be filed on or before September 9, 2022. A hearing on this matter is scheduled for **Friday, October 7, 2022 at 1:30 p.m. in Courtroom 2D**, the same date as the Court will consider the final approval of class certification.

**IT IS SO ORDERED.**

Dated: July 28, 2022

Hon. Gonzalo P. Curiel
United States District Judge

1

15-cv-2324-GPC-KSC