UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: BofI HOLDING, INC. SECURITIES LITIGATION, | Case No.:  15-cv-2324-GPC-KSC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[ECF No. 386]** |

A Motion for Final Approval of Class Action Settlement was filed on September 9, 2022.  ECF No. 386.  The Court sets the following briefing schedule.  Any opposition shall be filed on or before **September 19, 2022**.  Any reply shall be filed on or before **September 23, 2022**.  A hearing on this matter is scheduled for **October 7, 2022** at **1:30 p.m.** in Courtroom 2D.

**IT IS SO ORDERED.**

Dated:  September 12, 2022

Hon. Gonzalo P. Curiel
United States District Judge

1

15-cv-2324-GPC-KSC